# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-7065**　　　　　　　　　　**September Term, 2020**

**1:20-cv-01609-UNA**

**Filed On:** December 2, 2020

Anbasa Trazell,
　　　　　Appellant

　　v.

District of Columbia,
　　　　　Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**　　Millett and Pillard, Circuit Judges, and Sentelle, Senior Circuit
　　　　　　　Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's June 29, 2020 order dismissing the case without prejudice pursuant to Federal Rule of Civil Procedure 8(a) be affirmed.  The district court correctly concluded that the complaint failed to set out "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　　/s/
　　　Michael C. McGrail
　　　Deputy Clerk